IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

A.M.,

    Plaintiff,

v.

CITY OF GARDNER, KANSAS,

    Defendant.

Case No. 2:19-cv-02425-DDC

# AMENDED SCHEDULING ORDER

The parties have filed a joint motion (ECF No. 32) to modify the scheduling order entered on October 18, 2019 (ECF No. 16). For good cause shown, the motion is granted and the scheduling order is amended as follows:

    a. Plaintiff's expert witness disclosure deadline: **February 28, 2020**

    b. Deadline for physical and mental examinations: **March 27, 2020**

    c. Defendant's expert witness disclosure deadline: **April 24, 2020**

All other provisions of the original scheduling order shall remain in effect. The schedule adopted in this amended scheduling order shall not be modified except by leave of court upon a showing of good cause.

IT IS SO ORDERED.

Dated January 29, 2020, at Kansas City, Kansas.

                        s/ James P. O'Hara
                        James P. O'Hara
                        U.S. Magistrate Judge